## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| A.T. LYNNE, )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**THE UNITED STATES,** )<br>)<br>    **Defendant.** ) | No. 20-566C<br><br>(The Honorable David A. Tapp) |

### JOINT STATUS REPORT

In accordance with the Court's Order dated November 2, 2022, the parties, plaintiff, A.T. Lynne, and defendant, United States, respectfully submit this joint status report.

The parties continue to engage in settlement discussions. Defendant is waiting on certain decisions from the Agency as to the terms of the counteroffer that it is willing to present. In the event that the parties are unable to resolve this matter, they respectfully propose the following schedule:

- Plaintiff's Motion for Summary Judgment – April 7, 2023
- Defendant's Response to Motion for Summary Judgment – May 5, 2023
- Plaintiff's Reply in Support of Motion for Summary Judgment – May 19, 2023
- Status Conference – May 25, 2023
- Pre-Trial Conference – July 31, 2023[1]

Respectfully submitted,

 /s/ Jacob Y. Statman                    BRIAN M. BOYNTON
JACOB Y. STATMAN                         Acting Assistant Attorney General
Snider & Associates, LLC
600 Reisterstown Road; 7th Floor          PATRICIA M. MCCARTHY
Baltimore Maryland 21208                     Director

---

[1] Counsel of record for the Plaintiff will be out of the country from August 1 – August 15, 2023.

- 2 -

Tel: (410) 653-9060
jstatman@sniderlaw.com
*Attorney for Plaintiff*

/s Reginald T. Blades, Jr.
REGINALD T. BLADES, Jr.
Assistant Director


/s/Vijaya S. Surampudi
VIJAYA S. SURAMPUDI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044
Tele: (202) 353-9369
Vijaya.Surampudi@usdoj.gov

December 1, 2022                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2022, a copy of the foregoing JOINT STATUS REPORT was filed electronically. This filing was served electronically to all parties by virtue of the court's electronic filing system.

/s/ Jacob Y. Statman
JACOB Y. STATMAN